JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-05291-GAF (FMOx) | Date | April 3, 2009 |
|---|---|---|---|
| Title | Randolf Echiverri v. United States of America | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

    On March 16, 2009, the Court issued Minute Order indicating that the parties were to file a stipulation and proposed order dismissing the entire action on or before March 30, 2009 or, in the alternative a joint status report.  The parties were warned that failure to comply with the Court's Order shall be deemed consent to the dismissal of the action.

    No response to the Court's Minute Order has been filed with this Court.

    Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order.

    IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | rf |